FILED

2013 MAY -1  PM 4: 57

CLERK U.S. DISTRICT COURT
 DISTRICT OF
 OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | Cr. No. 3:13 CR 241 |
| vs. | ) ) | Title 29, United States Code, Section 501(c) |
| MICHAEL R. ZABORSKI, | ) ) | JUDGE HELMICK |
| Defendant. | ) | |

MAG. JUDGE JAMES R. KNEPP II

COUNT ONE

The Grand Jury charges:

From in or about January 2009, to in or about February 2010, in the Northern District of Ohio, Western Division, defendant MICHAEL R. ZABORSKI, while an officer, that is, Secretary-Treasurer of the United Transportation Union, Local 1962, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization to wit: defendant MICHAEL R. ZABORSKI did embezzle approximately $41,226.54 in moneys and funds of Local 1962 by writing and negotiating approximately forty-five (45) checks to himself, which checks were either unauthorized or in amounts exceeding that

ORIGINAL

1

to which defendant was entitled; all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.